UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:19-cv-29-DLB-CJS

UNITED STATES OF AMERICA                                    PETITIONER

V.                          ORDER

$9,515.00 IN UNITED STATES CURRENCY                         RESPONDENT

\* \* \* \* \*

The United States having advised the Court that this matter has been settled, IT IS HEREBY ORDERED that this matter is dismissed and stricken from the docket.

28 March 19



Signed By:
*David L. Bunning*
United States District Judge